STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS McKINLAY, DEFENDANT-APPELLANT.

Argued December 18, 1967—Decided January 4, 1968.

*Mr. Sidney B. Kaufman* for appellant (*Messrs. Sheldon & Kaufman,* attorneys).

*Mr. David J. Hughes* for respondent (*Mr. Leo Kaplowitz,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of the Appellate Division, 98 *N. J. Super.* 280, 237 *A. 2d* 274.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN—7.

*For reversal*—None.